TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-11-00670-CV
 
 




 

 

David Michael Kelly, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 98th District Court OF Travis COUNTY, 
 NO. D-1-FM-09-000978, The Honorable
 Tim Sulak, JUDGE PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER
 CURIAM
 Appellant David Michael Kelly
 filed his notice of appeal on October 27, 2011.  The appellant=s
 brief was filed June 5, 2012, making appellee=s
 brief due June 25, 2012.  On June
 22, 2012, counsel for appellee filed a motion for extension of time to
 file her brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion in part and order counsel
 to file appellee=s brief
 no later than July 11, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt of court.
 It is ordered on June 26, 2012.
  
 Before Chief Justice
 Jones, Justices Pemberton and Rose